178 So. 453

## LONDON & LANCASTER INS. CO., LIMITED, OF LONDON, ENGLAND, v. Arabelle S. BYRNE.

### 3 Div. 232.

Supreme Court of Alabama.
Jan. 20, 1938.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

McMillan & Caffey, of Brewton, for appellee.

BROWN, Justice.

The questions presented by the appeal in this case are the same as in Atlas Assurance Company, Limited, of London, England, v. Bryne, Ala.Sup., 178 So. 451,[1] this day decided, and on the authority of the opinion in that case the decree is reversed and the case is remanded.

Reversed and remanded.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

---

178 So. 460

## Willie HARRISON v. STATE.

### 5 Div. 267.

Supreme Court of Alabama.
Jan. 20, 1938.

See also Harrison v. State, ante, p. 1, 178 So. 458.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Reynolds & Reynolds, of Clanton, for respondent.

KNIGHT, Justice.

While not committing this court to all that is said in the opinion of the Court of Appeals in said cause, the writ, under the rule here obtaining for review of opinions and judgments of said court, must be denied.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.